Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50540 | **DATE** | 12/11/2003 |
| **CASE TITLE** | U.S.A. vs. MAURICE BUCHANAN | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the petition is dismissed for lack of jurisdiction.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | DEC 12 2003 | 3 |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 03 DEC 15 PM 2:12 | | |
| /SEC | courtroom deputy's initials | FILED-WB Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Petitioner, Maurice Buchanan, has filed what he labels as a "Petition for Right of Review Pursuant to Title 5 U.S.C. § 702 for Violation of Title 18 U.S.C. § 3583(b)(1)." Buchanan's prior motion under 28 U.S.C. § 2255 was denied on September 27, 1999 in an order which found he had waived his right to file a § 2255 motion. A second attempt to raise issues in a collateral proceeding by motion was dismissed for want of jurisdiction on August 5, 2002 as an attempt to avoid the need for prior appellate approval of a second collateral attack. This present petition also seeks review of his sentence, is another attempt to avoid the need for prior approval of a second collateral attack, see § 2255 ¶ 8; Johnson v. United States, 196 F.3d 802 (7th Cir. 1999) and this court is without jurisdiction despite the label placed on the petition. The petition is dismissed for lack of jurisdiction in this court. In any event, Buchanan is clearly wrong in his position that the 10-year supervised release portion of his sentence is unauthorized. His argument ignores the express language in section 3583(b)(1) that qualifies the five-year limit "except as otherwise provided" along with the limitation mirrored in section 841(b) that allows for a term of supervised release longer than five years "[n]otwithstanding section 3583 of Title 18." Not only did the government file a notice of enhanced penalties under 18 U.S.C. § 851 which triggered, inter alia, a 10-year mandatory minimum term of supervised release upon conviction, but also even without this enhancement, under 21 U.S.C. § 841(b)(1)(A)(iii) the term of supervised release is at least five years without any maximum set forth as applied to both counts 1 and 17 of his convictions.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

United States of America **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 03 C 50540

Maurice Buchanan

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petition is dismissed for lack of jurisdiction.

Michael W. Dobbins, Clerk of Court

Date: 12/11/2003

Susan M. Wessman, Deputy Clerk